**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN RE:                                    CHAPTER 7 CASE
BRETWISCH, KENNETH
                                          CASE NO. 06B-08346 JS

                                          JUDGE JOHN SQUIRES

                  Debtor(s)

## TRUSTEE'S FINAL REPORT

To:     THE HONORABLE JOHN SQUIRES
        BANKRUPTCY JUDGE

        NOW COMES DAVID GROCHOCINSKI, TRUSTEE herein, and respectfully submits to the

Court and to the United States Trustee his Final Report and Account in accordance with 11 U.S.C.

§704(9).

1.      DAVID GROCHOCINSKI, TRUSTEE was appointed as the Chapter 7 trustee ("Trustee"). The

Petition commencing this case was filed on 07/13/06.  The Trustee was appointed on 07/13/06.  An

order for relief under Chapter 7 was entered on 07/13/06.

2.      The Trustee certifies that he has concluded the administration of this estate and has performed

the duties enumerated in Section 704 of the Bankruptcy Code.  The nonexempt assets of the estate have

either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by

the Trustee; there is no other property belonging to the estate; there are no matters pending or

undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the

Trustee's knowledge. The Trustee certifies that this estate is ready to be closed.  The tasks performed

by the Trustee are set forth on Exhibit A.  The Trustee has not found it advisable to oppose the

Debtor(s) discharge.

3.      The disposition of estate property is set forth in Exhibit B.  The property abandoned, or sought

to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.      A summary of the Trustee's Final Report as of 6/6/07 is as follows:

| | | |
|---|---|---|
| a. RECEIPTS (See Exhibit C) | $ | 20,079.26 |
| b. DISBURSEMENTS (See Exhibit C) | $ | 1,016.60 |
| c. NET CASH available for distribution | $ | 19,062.66 |
| d. TRUSTEE/PROFESSIONAL COSTS | | |
| 1. Trustee compensation requested (See Exhibit E) | $ | 2,757.93 |
| 2. Trustee Expenses (See Exhibit E) | $ | 100.00 |
| 3. Compensation requested by attorney or other professionals for trustee (See Exhibit F) | $ | 5,036.45 |
| e. Illinois Income Tax for Estate (See Exhibit G) | $ | 0.00 |

5.     The Bar Date for filing unsecured claims expired on 12/15/06.

6.     All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee.   The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---|
| a. Allowed unpaid secured claims | $ | 0.00 |
| b. Chapter 7 Administrative and 28 U.S.C. §1930 claims | $ | 7,894.38 |
| c. Allowed Chapter 11 Administrative Claims | $ | 0.00 |
| d. Allowed priority claims | $ | 0.00 |
| e. Allowed unsecured claims | $ | 137,963.98 |

7.     Trustee proposes that unsecured creditors receive a distribution of 8.10% of allowed claims.

8.     Total compensation and expense previously awarded to Trustee's counsel, accountant or other professional was $0.00.  Professional's compensation and expense requested but not yet allowed is $5,036.45.  The total of Chapter 7 professional fees and expenses requested for final allowance is $7,894.38. (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit G.)

9.     A fee of $2,000.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for noti ce and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b).   The Trustee further request s that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.


Dated:  6/6/07                                          RESPECTFULLY SUBMITTED,


                                       By:/s/David E. Grochocinski
                                          DAVID GROCHOCINSKI, TRUSTEE
                                          1900 RAVINIA PLACE
                                          ORLAND PARK, IL  60462
                                          Telephone # (708) 226-2700

Grochocinski, Grochocinski & Lloyd, Ltd.
1900 Ravinia Place
Orland Park, IL  60462

Invoice submitted to:
Bretwisch, Kenneth

June 06, 2007

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/15/2006 | DEG | Receipt and review of copies of broker's price opinion on debtor's property from Codilis & Associates | 0.80 350.00/hr | 280.00 |
| 9/5/2006 | DEG | Order tract search on real property located at 6089 Chase Avenue, Downers Grove | 0.50 350.00/hr | 175.00 |
| | DEG | Review of schedules and statement of financial affairs prior to 341 meeting | 1.00 350.00/hr | 350.00 |
| 9/8/2006 | DEG | Receipt and review of tract search | 0.50 350.00/hr | 175.00 |
| 9/12/2006 | DEG | Email from Jennifer Toth regarding interest in property listed on Schedule A and other information regarding 341 meeting | 0.50 350.00/hr | 175.00 |
| 9/13/2006 | DEG | Email to Jennifer Toth regarding information requested | 0.20 350.00/hr | 70.00 |
| 9/14/2006 | DEG | Prepared initial report of assets; filed with Clerk; bar date set for 12/15/06 | 0.50 350.00/hr | 175.00 |
| | DEG | Review of appraisal report from debtor | 0.50 350.00/hr | 175.00 |
| 9/15/2006 | DEG | Prepared notice of interest in real estate; send letter and check for $40.00 to recorder of deeds | 0.80 350.00/hr | 280.00 |
| 10/3/2006 | DEG | Letter to David Brown regarding meeting of creditors; copy of order authorizing employment of counsel; direct debtor to cooperate with inspection of real estate | 0.50 350.00/hr | 175.00 |
| | DEG | Prepare letter to Harriet; request inspection and market analysis of same; provide contact information; and the like | 0.50 350.00/hr | 175.00 |
| 10/16/2006 | DEG | Receipt and review of listing agreement | 0.80 350.00/hr | 280.00 |
| 12/4/2006 | DEG | Letter to Harriet Bode with $1,000.00 check for commission fees | 0.80 350.00/hr | 280.00 |

Exhibit A

Bretwisch, Kenneth                                                                    Page    2

|            |     |                                                                          | Hrs/Rate   | Amount     |
|------------|-----|--------------------------------------------------------------------------|------------|------------|
| 12/19/2006 | DEG | Letter to accountant with order approving employment; necessary documents to prepare tax returns | 0.60<br>350.00/hr | 210.00 |
| 4/19/2007  | DEG | Review of claim docket                                                   | 0.50<br>350.00/hr | 175.00 |
| 6/6/2007   | DEG | Prepared final report                                                    | 2.50<br>350.00/hr | 875.00 |
|            | DEG | Receipt and review of tax returns from accountant and invoice regarding same; preparation of 505(b) letter to IRS with returns | 1.00<br>350.00/hr | 350.00 |
|            |     | For professional services rendered                                       | 12.50      | $4,375.00  |

## TRUSTEE COSTS

| | | |
|---|---|---|
| 1) | **Recorder of Deeds** | $40.00 |
| 2) | **Property Insight – Tract Search** | <u>60.00</u> |

 

**TOTAL COSTS**                                          $<u>**100.00**</u>

**EXHIBIT B**

**DISPOSITION OF ESTATE PROPERTY**

| Scheduled Property and Disposition | Amount Realized |
|---|---|
|  |  |

| Unscheduled Property | Amount Realized |
|---|---|
| See Forms 1 & 2, attached hereto |  |

TOTAL RECEIPTS                                                    $_____20,079.26

TOTAL SCHEDULED VALUE
OF PROPERTY ABANDONED                                  $_____28,472.00

TOTAL SCHEDULED VALUE
OF EXEMPT PROPERTY                                        $_____2,597,286.26

**EXHIBIT C**

**CASH RECEIPTS AND DISBURSEMENTS**

# Form 1

**Page: 1**

## Individual Estate Property Record and Report
### Asset Cases

| | |
|---|---|
| **Case Number:** 06B-08346 JS | **Trustee:** (520067)   DAVID GROCHOCINSKI, TRUSTEE |
| **Case Name:** BRETWISCH, KENNETH | **Filed (f) or Converted (c):** 07/13/06 (f) |
| | **§341(a) Meeting Date:** 09/12/06 |
| | **Claims Bar Date:** 12/15/06 |
| **Period Ending:** 06/06/07 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | RESIDENCE/6089 CHASE AVENUE, DOWNERS GROVE | 350,000.00 | 103,000.00 | | 20,000.00 | 0.00 |
| 2 | 500 N. LECLAIRE, CHICAGO | 265,000.00 | 27,515.00 | DA | 0.00 | FA |
| 3 | 11601 S. VINCENNES | 295,000.00 | 0.00 | | 0.00 | FA |
| 4 | 11603 S. VINCENNES, CHICAGO | 295,000.00 | 0.00 | | 0.00 | FA |
| 5 | 8601 HOTCHKISS, FRANKFORT, IL | 499,000.00 | 0.00 | | 0.00 | FA |
| 6 | 20944 MAYFAIR DIRVE, MOKENA, IL | 520,000.00 | 0.00 | | 0.00 | FA |
| 7 | 1510 TEARLE COURT | 490,000.00 | 0.00 | | 0.00 | FA |
| 8 | CASH | 20.00 | 0.00 | | 0.00 | FA |
| 9 | CHECKING ACCOUNTS/SAVINGS | 918.50 | 0.00 | | 0.00 | FA |
| 10 | HOUSEHOLD GOODS | 2,250.00 | 0.00 | | 0.00 | FA |
| 11 | MISC. BOOKS, | 250.00 | 0.00 | DA | 0.00 | FA |
| 12 | JEWELRY | 400.00 | 0.00 | DA | 0.00 | FA |
| 13 | MISC. FIREARMS/SPORTS/HOBBY | 500.00 | 0.00 | DA | 0.00 | FA |
| 14 | 401K | 29,966.99 | 0.00 | | 0.00 | FA |
| 15 | IRA | 3,496.27 | 0.00 | | 0.00 | FA |
| 16 | 33% INTEREST SUFFOLK/CHASE PROPERTIES LLC | 0.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06B-08346 JS

**Case Name:** BRETWISCH, KENNETH

**Period Ending:** 06/06/07

**Trustee:** (520067)  DAVID GROCHOCINSKI, TRUSTEE

**Filed (f) or Converted (c):** 07/13/06 (f)

**§341(a) Meeting Date:** 09/12/06

**Claims Bar Date:** 12/15/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | CAUSE OF ACTION BROWN/CHICAGO GLOBAL INVEST. | Unknown | 0.00 | | 0.00 | FA |
| 18 | 1998 MITSUBISHI GALANT | 1,500.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 79.26 | Unknown |
| 19 | **Assets**        **Totals** (Excluding unknown values) | **$2,753,301.76** | **$130,515.00** | | **$20,079.26** | **$0.00** |

**Major Activities Affecting Case Closing:**

AWAITING TAX RETURNS IN ADVANCE OF CLOSURE OF CASE

**Initial Projected Date Of Final Report (TFR):** April 30, 2008          **Current Projected Date Of Final Report (TFR):** April 30, 2008

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 06B-08346 JS | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|
| Case Name: | BRETWISCH, KENNETH | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****21-65 - Money Market Account |
| Taxpayer ID #: | 13-7546131 | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 06/06/07 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 10/27/06 | {1} | JOSEPH CADA | SETTLEMENT PAYMENT | 1149-000 | 20,000.00 | | 20,000.00 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 0.43 | | 20,000.43 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 13.14 | | 20,013.57 |
| 12/01/06 | 1001 | HARRIET BODE | COMPENSATION TO REAL ESTATE BROKER | 3510-000 | | 1,000.00 | 19,013.57 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 12.36 | | 19,025.93 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 12.68 | | 19,038.61 |
| 02/12/07 | 1002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2006 FOR CASE #06B-08346, BOND# 016026455 - TERM 2/1/07-2/1/08 | 2300-000 | | 16.60 | 19,022.01 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 9.48 | | 19,031.49 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 10.16 | | 19,041.65 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 10.50 | | 19,052.15 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 10.51 | | 19,062.66 |

|  | | Receipts | Disbursements | Balance |
|---|---|---|---|---|
| ACCOUNT TOTALS | | 20,079.26 | 1,016.60 | $19,062.66 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| Subtotal | | 20,079.26 | 1,016.60 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $20,079.26 | $1,016.60 | |

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 06B-08346 JS | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|
| Case Name: | BRETWISCH, KENNETH | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****21-66 - Checking Account |
| Taxpayer ID #: | 13-7546131 | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 06/06/07 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | **0.00** | **0.00** | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| Net Receipts : | 20,079.26 |
|---|---|
| Net Estate : | $20,079.26 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****21-65** | **20,079.26** | **1,016.60** | **19,062.66** |
| **Checking # ***-*****21-66** | **0.00** | **0.00** | **0.00** |
| | **$20,079.26** | **$1,016.60** | **$19,062.66** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| BRETWISCH, KENNETH | |
| | CASE NO. 06B-08346 JS |
| | JUDGE JOHN SQUIRES |
| Debtor(s) | |

**PROPOSED DISTRIBUTION REPORT**

I, <u>DAVID GROCHOCINSKI, TRUSTEE</u> herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | | |
|---|---|---|
| Secured Claims: | $ | 0.00 |
| Chapter 7 Administrative Expenses: | $ | 7,894.38 |
| Chapter 11 Administrative Expenses: | $ | 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ | 0.00 |
| Secured Tax Liens: | $ | 0.00 |
| Priority Tax Claims: | $ | 0.00 |
| Other Priority Claims (507(a)(9)): | $ | 0.00 |
| General Unsecured Claims: | $ | 11,168.28 |
| | | |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ | 19,062.66 |

**EXHIBIT D**

**DISTRIBUTION REPORT**                                                    **PAGE 1**

| 1. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|---|
| Secured Claims | | $ | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 2. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $ | 7,894.38 | 100.00% |
| **CLAIM NUMBER** | **CREDITOR** | | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| ADMIN1 | DAVID GROCHOCINSKI, TRUSTEE | | 2,757.93 | 2,757.93 |
| ADMIN2 | DAVID GROCHOCINSKI, TRUSTEE | | 100.00 | 100.00 |
| ADMIN3 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | | 61.45 | 61.45 |
| ADMIN4 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | | 3,745.00 | 3,745.00 |
| ADMIN5 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | | 1,230.00 | 1,230.00 |

| 3. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | | $ | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 4. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $ | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL          $ | 0.00 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | $          0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL          $ | 0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(4) - Contributions to Employee Benefit Funds | $          0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL          $ | 0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | $          0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL          $ | 0.00 |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | $          0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|

|  |  |  |  |
|---|---|---|---|
|  | TOTAL | $ | 0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(7) - Alimony | | $        0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
|  | TOTAL | $        0.00 | |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §724(b)(6) - Tax Liens: | | $        0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
|  | TOTAL | $        0.00 | |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | | $        0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
|  | TOTAL | $        0.00 | |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | $        0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
|  | TOTAL | $        0.00 | |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|

§726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full)    $    137,963.98    8.10%

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 001 | CHASE BANK USA NA | 8,112.99 | 656.75 |
| 003 | UMLI/HOME VEST CAPITAL LLC | 129,850.99 | 10,511.53 |
| | | TOTAL   $ | 11,168.28 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | General Unsecured Subordinated claims | $   0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL   $ | 0.00 |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(3) - Late unsecured claims | $   0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL   $ | 0.00 |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(4) - Fines/penalties | $   0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL   $ | 0.00 |

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(5) - Interest | $   0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|---|
| | | TOTAL | $ | 0.00 |

| 18. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(6) - Surplus to Debtor | $      0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|---|
| | | TOTAL | $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Secured | 002 | UMLI/HOME VEST CAPITAL LLC P.O. BOX 60771 CHARLOTTE, NC 28260- | $ 125,791.92 | Disallowed |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____        _____

                                                         DAVID GROCHOCINSKI, TRUSTEE

## PROFESSIONAL FEES AND EXPENSES

|  | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---|---|---|
| **Attorney for Trustee** | | | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. Expenses | 0.00 | 61.45 | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. Fees | 0.00 | 3,745.00 | |
| | | | 3,806.45 |
| **Accountant for Trustee** | | | |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC Fees | 0.00 | 1,230.00 | |
| | | | 1,230.00 |
| **Attorney for Debtor** | | | |
| | | | 0.00 |
| **Other Professionals** | | | |
| | | | 0.00 |
| TOTALS | $ 0.00 | $ 5,036.45 | $ 5,036.45 |

1