**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>BRETWISCH, KENNETH<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 06B-08346 JS<br><br>JUDGE JOHN SQUIRES |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:   DUPAGE COUNTY COURTHOUSE,
          505 N COUNTY FARM RD, RM 2000
          WHEATON, IL. 60187

    On:   **SEPTEMBER 7, 2007**

    At:   **10:00 A.M.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                              $           20,079.26

    b. Disbursements                         $            1,016.60

    c. Net Cash Available for Distribution   $           19,062.66

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| DAVID GROCHOCINSKI, TRUSTEE | 0.00 | $2,757.93 | |

| | | |
|---|---|---|
| (Trustee Fees) | | |
| DAVID GROCHOCINSKI, TRUSTEE | 0.00 | $100.00 |
| (Trustee Expenses) | | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 0.00 | $61.45 |
| (Trustee's Firm Legal Expenses) | | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 0.00 | $3,745.00 |
| (Trustee's Firm Legal Fees) | | |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 0.00 | $1,230.00 |
| (Trustee's Accountant Fees) | | |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $137,963.98 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 8.10%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001 | CHASE BANK USA NA | $ 8,112.99 | $ 656.75 |
| 003 | UMLI/HOME VEST CAPITAL LLC | $ 129,850.99 | $ 10,511.53 |

8. Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois  60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of

Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: real property at 500 N. Leclaire, firearms, books and jewelry

Dated: **AUGUST 2, 2007**                    For the Court,

                                            By: **KENNETH S. GARDNER**
                                                Kenneth S. Gardner
                                                Clerk of the United States Bankruptcy Court
                                                219 S. Dearborn Street; 7th Floor
                                                Chicago, IL  60604

Trustee:  DAVID GROCHOCINSKI, TRUSTEE
Address:  1900 RAVINIA PLACE
ORLAND PARK, IL  60462
Phone No.:  (708) 226-2700

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN**

| | |
|---|---|
| IN RE:<br>BRETWISCH, KENNETH<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 06B-08346 JS<br><br>JUDGE JOHN SQUIRES |

**ORDER AWARDING COMPENSATION AND EXPENSES**

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Trustee's compensation | $ | 2,757.93 |
| 2. | Trustee's expenses | $ | 100.00 |
| | TOTAL | $ | 2,857.93 |
| 3. | Chapter 11 Trustee's compensation | $ | 0.00 |
| 4. | Chapter 11 Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Attorney for the Trustee | | |
| | a. Compensation | $ | 3,745.00 |
| | b. Expenses | $ | 61.45 |
| | c. Chapter 11 Compensation | $ | 0.00 |
| | d. Chapter 11 Expenses | $ | 0.00 |
| 2. | Accountant for the Trustee | | |
| | a. Compensation | $ | 1,230.00 |
| | b. Expenses | $ | 0.00 |
| | c. Chapter 11 compensation | $ | 0.00 |

**EXHIBIT G**

      d. Chapter 11 Expenses     $<u>          0.00</u>

3.    Other Professionals

                                        TOTAL     $<u>     5,036.45</u>

     IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____, 200___.

                            ENTERED _____
                                      JOHN SQUIRES
                                      UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT G**

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

Case 06-08346   Doc 76   Filed 08/02/07   Entered 08/04/07 23:39:08   Desc Imaged
                         Certificate of Service   Page 6 of 7

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 2            Date Rcvd: Aug 02, 2007
Case: 06-08346                 Form ID: pdf002              Total Served: 44

The following entities were served by first class mail on Aug 04, 2007.
db           +Kenneth E. Bretwisch,    6089 Chase Avenue,    Downers Grove, IL 60516-1637
aty          +Amanda M. Buck,    Pierce and Associates, P.C.,    1 North Dearborn Street,    Suite 1300,
               Chicago, IL 60602-4331
aty          +Arthur W Rummler,    111 W Washington Suite 1860,    Chicago, IL 60602-2712
aty          +Arthur W Rummler,    Grochocinski, Grochoinski & Lloyd Ltd,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +Christopher M Brown,    Pierce and Associates, P.C.,    1 North Dearborn Street,    Suite 1300,
               Chicago, IL 60602-4331
aty          +David P Lloyd,    Grochocinski, Grochocinski & Lloyd,    800 Ravinia Place,
               Orland Park, IL 60462-3762
aty          +David R Brown, ESQ,    Springer, Brown, Covey, Gaertner & Davis,    400 South County Farm Road,
               Suite 330,    Wheaton, IL 60187-4547
aty          +Gloria C Tsotsos,    Codilis & Associates PC,    15W030 North Frontage Rd Suite 100,
               Burr Ridge, IL 60527-6921
aty          +Josephine J Miceli,    Fisher and Shapiro, LLC,    4201 Lake Cook Road,    First Floor,
               Northbrook, IL 60062-1060
tr           +David E Grochocinski,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
cr           +America’s Servicing Company,    C/O Codilis & Associates, P.C.,    15W030 North Frontage Road,
               Suite 100,    Burr Ridge, IL 60527-6921
cr           +American Home Mortgage Servicing Inc.,    c/o Codilis & Associates, P.C.,
               15W030 North Frontage Road,    Suite 100,    Burr Ridge, IL 60527-6921
cr           +Chase Home Finance LLC,    10790 Rancho Bernardo Rd.,    San Diego, CA 92127-5705
cr           +Long Beach Mortgage Company,    C/O Codilis & Associates, P.C.,    15W030 North Frontage Rd.,
               Suite 100,    Burr Ridge, IL 60527-6921
cr           +National City Home Loan Services,    150 Allegheny Cente,    IDC 24-040,
               Pittsburgh, PA 15212-5335
cr           +New Century Mortgage,    Fisher and Shapiro, LLC,    4201 Lake Cook Road,
               Northbrook, IL 60062-1060
10819107     +Allstate Indemnity Company,    c/o Credit Collection Services,    Two Wells Ave., Dept. 9135,
               Newton Center, MA 02459-3208
10842741     +America’s Servicing Company,    c/o Mccalla Raymer LLC,    Bankruptcy Dept,    1544 Old Alabama Road,
               Roswell Ga 30076-2102
10873670      American Home Mortgage,    P O BOX 100504,    Florence, SC 29501-0504
10819108     +American Home Mortgage Servicing,    PO Box 631730,    Irving, TX 75063-0002
10873671     +American Security Insurance Company,    P O BOX 50355,    Atlanta, GA 30302-0355
10819110     +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
10946757     +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
               Seattle, WA 98121-2339
10873672     +Chase Home Finance LLC,    P O BOX 81507,    Atlanta, GA 30366-1507
10819111     +Chase Manhattan Mortgage,    10790 Rancho Bernardo Rd,    San Diego, CA 92127-5705
10819112     +Chase Manhattan Mtg,    3415 Vision Dr,    Columbus, OH 43219-6009
10819113     +Citibank Usa,    Po Box 6003,    Hagerstown, MD 21747-6003
10873673      City of Chicago,    Department of Water Management,    P O BOX 6330,    Chicago, IL 60680-6330
10819114     +Donnie Whitaker,    8601 Hotchkiss Drive,    Frankfort, IL 60423-8983
10819115      Donnie Whitaker,    9601 Hotchkiss Dr.,    Frankfort, IL 60423
10819116     +EMC Mortgage,    PO Box 141358,    Irving, TX 75014-1358
10819119     +First Franklin Loan Svc.,    PO Box 1838,    Pittsburgh, PA 15230-1838
10819121     +Gemb/sams Club Dc,    Po Box 981400,    El Paso, TX 79998-1400
10819122     +Home Depot,    PO Box 9100,    Wilmington, DE 19809-0100
10819123     +National City Bank,    150 Allegheny Center Mal,    Pittsburgh, PA 15212-5335
10819125     +Ocwen Federal Bank,    12650 Ingenuity Dr,    Orlando, FL 32826-2717
10819126     +Stacy Bretwisch,    6089 Chase Avenue,    Downers Grove, IL 60516-1637
11015153      UMLI/Home Vest Capital LLC,    P O BOX 60771,    Charlotte, NC 28260-0771
10819127     +Village of Mokena,    10907 Front Street,    Mokena, IL 60448-1536
10873675     +Village of Mokena,    11004 Carpenter Street,    Mokena, IL 60448-1595
10819128      Washington Mutual,    Po Box 1093,    Northridge, CA 91328
10819130     +Washmtl/providian,    4940 Johnson Dr,    Pleasanton, CA 94588-3308
10819131      Waterfield Mortgage,    PO Box 7007,    Indianapolis, IN 46207-7007
10819132     +Wffinance,    850 E Diehl Rd Ste 160,    Naperville, IL 60563-4814

The following entities were served by electronic transmission.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           David E Grochocinski
acc           Alan Horewitch,   Scott Gordon Horewitch & Pidgeon LLC
br            Harriet J Bode
10819109*    +American Home Mortgage Servicing,    PO Box 631730,    Irving, TX 75063-0002
10819117*    +Emc Mortgage,    Po Box 141358,    Irving, TX 75014-1358
10819118*    +Emc Mortgage,    Po Box 141358,    Irving, TX 75014-1358
10819120*    +First Franklin Loan Svc.,    PO Box 1838,    Pittsburgh, PA 15230-1838
10819124*    +National City Bank,    150 Allegheny Center Mal,    Pittsburgh, PA 15212-5335
10819129*     Washington Mutual,    Po Box 1093,    Northridge, CA 91328
                                                                                                TOTALS: 3, * 6

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: Aug 02, 2007
Case: 06-08346                Form ID: pdf002          Total Served: 44

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 04, 2007**                    **Signature:**    _Joseph Speetjens_