# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN

IN RE:　　　　　　　　　　　　　　CHAPTER 7 CASE
BRETWISCH, KENNETH
　　　　　　　　　　　　　　　　　CASE NO. 06B-08346 JS

　　　　　　　　　　　　　　　　　JUDGE JOHN SQUIRES

　　Debtor(s)

## ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | |
|---|---|---|
| 1. | Trustee's compensation | $ 2,757.93 |
| 2. | Trustee's expenses | $ 100.00 |
| | TOTAL | $ 2,857.93 |
| 3. | Chapter 11 Trustee's compensation | $ 0.00 |
| 4. | Chapter 11 Trustee's expenses | $ 0.00 |
| | TOTAL | $ 0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | |
|---|---|---|
| 1. | Attorney for the Trustee | |
| | a. Compensation | $ 3,745.00 |
| | b. Expenses | $ 61.45 |
| | c. Chapter 11 Compensation | $ 0.00 |
| | d. Chapter 11 Expenses | $ 0.00 |
| 2. | Accountant for the Trustee | |
| | a. Compensation | $ 1,230.00 |
| | b. Expenses | $ 0.00 |
| | c. Chapter 11 compensation | $ 0.00 |

EXHIBIT G

31505006678029

       d. Chapter 11 Expenses                                          $_____0.00

3.    Other Professionals

                                      TOTAL       $_____5,036.45

       IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

**ENTERED**

DATED this    day of   , 200_.

SEP - 7 2007

John H. Squires Bankruptcy ...
UNITED STATES BANKRUPTCY COURT

ENTERED _____
JOHN SQUIRES
UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT G**

006465